JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARCUS COLUMBUS EUGENE,

Petitioner,

v.

CARLOS ARCE, Warden,

Respondent.

Case No. 2:22-cv-03844-SVW-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is denied.

DATED: July 8, 2026

_____

Hon. Stephen V. Wilson
UNITED STATES DISTRICT JUDGE